Most Excellent Assembly of the Artisans Order of Mutual Protection *v.* Superb Realty Company (et al., Appellant).

Argued September 24, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

reargument refused January 14, 1946.

260

*Earl Jay Gratz,* for appellant.

*Charles E. Kenworthey,* with him *Louis F. Floge* and *Schnader, Kenworthey, Segal & Lewis,* for appellee.

PER CURIAM, November 26, 1945:
The judgment is affirmed on the opinion of President Judge FINLETTER of the court below.